IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| United States of America, ) | |
| ) | Criminal No. 2:13-330 |
| vs. ) | |
| ) | |
| Wendy Annette Moore, ) | |
| ) | |
| Defendant. ) | **ORDER** |
| ) | |

Defendant, Wendy Annette Moore, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2255 and has moved for discovery, appointment of counsel and an evidentiary hearing. (Dkt. No. 558, 561). The Government is directed to file a response to the petition and motion on or before March 8, 2017.

AND IT IS SO ORDERED.

Richard Mark Gergel
United States District Judge

January 25, 2017
Charleston, South Carolina