## AFFIDAVIT

RECEIVED CLERK'S OFFICE

2017 FEB -1  A 8:59

DISTRICT COURT
CHARLESTON, SC

Affiant, Igor Koob, do hereby state the following events took place, and this Affidavit is made of my own free will and under PENALTY OF PERJURY, I do hereby state:

1. On September 30, 2013, I was contacted by my friend Samuel Yenawine. Mr. Yenawine wrote a letter and told me that earlier that same year, he and a man named Christopher Latham had made a deal to have Mr. Latham's wife Nancy killed. In exchange, Mr. Latham would pay him ten thousand dollars ($10,000). Mr. Yenawine told me that he convinced a man named Aaron Wilkinson, a former cellmate, to do the deed of killing Mrs. Nancy Latham because Mr. Yenawine was still imprisoned. Mr. Yenawine told me that Mr. Latham provided him with information and photographs of Nancy Latham and her house, which he gave to Mr. Wilkinson. Mr. Yenawine told me that his ex-wife Wendy Moore was dating Mr. Latham at the time and she was employed as his assistant at a Bank of America in Charleston, South Carolina, where Mr. Latham was the president of the branch.

2. Mr. Yenawine told me that Wendy Moore was not involved in their plan to kill Nancy Latham nor was Ms. Moore aware of their plan. Mr. Yenawine told me that he and Mr. Latham withheld their plan from Ms. Moore because Ms. Moore is very religious and it was contrary to her religious beliefs and they were afraid she would contact the police if they told her. Mr. Yenawine told me that Ms. Moore had been indicted in Charleston, South Carolina, for the crime of murder-for-hire but she was innocent and he was going to hang himself.

3. Immediately upon receiving this information, I obtained the names and address of the two attorneys who were representing Ms. Moore and I wrote a letter to them informing them of this information and I enclosed and forwarded Mr. Yenawine's letter for

the attorneys to have as evidence. I told them I was willing to testify. Her attorneys never contacted me. Had I been contacted, I would have testified to this on behalf of either the defense or prosecution.

Affiant, Igor Koob, hereby states the events were witnessed, and this Affidavit is made and signed on affiant's own free will.

Respectfully Submitted,

*[signature]*

Subscribed and sworn to before me this 20th day of December, 2016.

*[signature]*
Notary Public

My commission expires: May 31, 2017.

```
EMILY N. SOWARDS
NOTARY PUBLIC
REG. #7580278
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES MAY 31, 2017
```