# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | |
|---|---|
| United States of America, ) | |
| ) | Criminal No. 2:13-330-1-RMG |
| vs. ) | |
| ) | |
| Wendy Annette Moore, ) | |
| ) | **ORDER** |
| Defendant. ) | |
| ) | |

The Government has moved for an extension of time to file a response to Defendant's motion under 28 U.S.C. § 2255. (Dkt. No. 569). For good cause shown, the Government's time to file a response to Defendant's motion is extended to April 8, 2017.

AND IT IS SO ORDERED.

Richard Mark Gergel
United States District Judge

March 9, 2017
Charleston, South Carolina