IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| **WENDY ANNETTE MOORE** ) | |
| ) | CRIMINAL NO.: 2:13-330 |
| **vs.** ) | |
| ) | |
| **UNITED STATES OF AMERICA** ) | |
| ) | |

COMES NOW the United States of America, by and through its undersigned counsel, and moves this Court to dismiss Petitioner's Motion to Set Aside Judgment, or in the alternative, to grant summary judgment in favor of the Government. The reasons supporting this motion are set forth in the accompanying memorandum in support.

Therefore, the undersigned respectfully requests that this Court dismiss Petitioner's motion, or in the alternative, grant summary judgment in favor of the Government.

Respectfully submitted,

BETH DRAKE
UNITED STATES ATTORNEY

s/ *Nathan S. Williams*
Nathan S. Williams
Assistant United States Attorney
151 Meeting Street, Suite 200
Charleston, SC 29401
Tel. (843) 727-4381

April 7, 2017