IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Wendy Annette Moore, ) | |
| ) | |
| Petitioner, ) | Criminal No.  2:13-cr-00330-RMG-1 |
| ) | Civil Action No.(s)  2:17-cv-00226-RMG |
| vs. ) | |
| ) | **JUDGMENT** |
| United States of America, ) | |
| ) | |
| Respondent, ) | |
| ) | |

**Decision on the Record**. This action came before the court on the record, Honorable Richard Mark Gergel, United States District Judge presiding. The issues have been reviewed and a decision rendered.

**IT IS ORDERED AND ADJUDGED** that the petitioner's motion for relief under 28 U.S.C. § 2255 is **DENIED**. The Respondent's motion to dismiss is **GRANTED.** Court Denies Petitioner's motion for discovery, appointment of counsel, and hearing.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

        ROBIN L. BLUME, CLERK

        s/E.Ravenel-Bright
        Deputy Clerk of Court

June 7,  2017
Charleston, South Carolina