# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| **Wendy Annette Moore,** | ) |
| | )    **CR #:**    2:13-00330-RMG-1 |
| Petitioner, | )    **C/A #:**    2:21-00883-RMG |
| -v | ) |
| | ) |
| **United States of America**, | ) |
| | ) |
| Respondent. | ) |
| | ) |

**Decision on the Record.**

This action came before the court on the record, Honorable Richard M. Gergel, United States District Judge presiding. The issues have been reviewed and a decision rendered.

**IT IS ORDERED AND ADJUDGED** that the Petitioner's § 2255 petition is **GRANTED.** **Petitioner's conviction and sentence under 18 U.S.C. § 924(c) as to (Count Four) is vacated.**

ROBIN L. BLUME, Clerk

June 8, 2021

_____
Deputy Clerk of Court